Entered on Docket
March 07, 2011

Hon. Bruce A. Markell
United States Bankruptcy Judge

___

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Wells Fargo Bank, N.A.

10-71712

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-10-16017-bam |
| Andrea Turner | MS Motion No. 38<br>Date: January 11, 2011<br>Time: 1:30 PM |
| | Chapter 13 |
| Debtor. | |

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-petition arrearages currently due as follows:

| | |
|---|---:|
| 2 Monthly Payment(s) at $825.91 | $1,651.82 |
| (November 1, 2010 - December 1, 2010) | |
| 1 Late Charge(s) at $27.18 | $27.18 |
| (November 1, 2010 - November 1, 2010) | |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Total | $2,579.00 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $ 436.50 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the January 20, 2011 payment and continuing throughout and concluding on or before May 20, 2011. The sixth final payment in the amount of $ 436.50 shall be paid on or before June 20, 2011.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least fourteen business days' notice of the time, place and date of sale if the stay is vacated.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the January 1, 2011 payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 4542 Laurelwood Drive , Biloxi,  MS 39532, and legally described as follows:

> Lot 2, Laurelwood Subdivision, a subdivision according to the official map or plat thereof on file and of record in the Office of the Chancery Clerk of the Second Judicial District of Harrison County, Mississippi, in Plat Book 14 at Page 38 thereof.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtor fails to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition.

1  For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of
2  $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors
3  have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order
4  vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed
5  with enforcing its Security interest in the subject Property, pursuant to applicable State Law, and
6  take any action necessary to obtain complete possession thereof.

Submitted by:

WILDE & ASSOCIATES

By _____ #10235

GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Rick A. Yarnall                              Dan M. Winder

By _____        By _____

Rick A. Yarnall                              Dan M. Winder
Chapter 13 Trustee                           Attorney for Debtors
701 Bridger Avenue #820                      3507 W. Charleston Blvd.
Las Vegas, NV 89101                          Las Vegas, NV 89102
                                             Nevada Bar No._____

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_ The court has waived the requirements set forth in LR 9021(b)(1).

\_\_\_\_ No party appeared at the hearing or filed an objection to the motion.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_X_ approved the form of this order          \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   _X_ failed to respond to the document

\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor