**UNITED STATES BANKRUPTCY COURT**
**District of Nevada (Las Vegas)**

In re:

Debtor(s)

ANDREA TURNER

Case No.:  10-16017                                              Loan Number (Last 4):  5215

Chapter:  13

## NOTICE OF PAYMENT CHANGE

Wells Fargo Home Mortgage, its successor or assign, hereby gives its Notice of Payment Change as follows:

| | | |
|---|---|---:|
| Payment Change Reason: | | Escrow |
| Effective Date of New Payment: | | June 01, 2011 |
| Current Monthly Payment: | Principal and Interest | $475.00 |
| | Tax and Other Amount | $44.65 |
| | Mortgage Insurance | $24.97 |
| | Optional Insurance Amount | $0.00 |
| | Over/Shortage Amount | $63.21 |
| | Hazard Insurance Amount | $218.08 |
| | Total Payment Amount | $825.91 |
| New Monthly Payment: | Principal and Interest | $475.00 |
| | Tax and Other Amount | $47.10 |
| | Mortgage Insurance | $24.97 |
| | Optional Insurance Amount | $0.00 |
| | Over/Shortage Amount | $0.00 |
| | Hazard Insurance Amount | $136.22 |
| | Total Payment Amount | $683.29 |

Specific Contact Information:              Sean Calvin
Jimmy Rivers                                       Wells Fargo Home Mortgage
Phone: 800-274-7025                          MAC X7801-014 3476 Stateview Blvd.
Fax:                                                      Fort Mill, SC 29715
Email:                                                   Telephone: 800-274-7025
                                                             Fax:
                                                             Email Address:

Date:  March 10, 2011

By:  /s/ Sean Calvin

0-0afd6fe7-4475-4acf-9da2-cce3dd1df70c

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2011, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and via filing with the US Bankruptcy Court's CM ECF system.

Debtor's Attorney:

DAN M. WINDER
3507 W. CHARLESTON BLVD.
LAS VEGAS, NV 89102

Trustee:

RICK A. YARNALL
701 BRIDGER AVE., 820
LAS VEGAS, NV 89101

/s/ Bill Taylor

As Authorized Agent for Filer

0-0afd6fe7-4475-4acf-9da2-cce3dd1df70c